UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD CLAUDE KETTELLS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. C16-891RSL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on petitioner's motion for reconsideration. Dkt. # 19. Petitioner was indicted, tried, and convicted of conspiracy to commit armed bank robbery, armed bank robbery, and use of a firearm during and in relation to a crime of violence. See Case No. CR11-383RSL. On April 19, 2018, the Court denied petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, finding his claim for relief foreclosed by the decision from the Ninth Circuit Court of Appeals in United States v. Watson, 881 F.3d 782 (9th Cir. 2018) (per curiam). Dkt. # 16. Petitioner filed this motion for reconsideration, Dkt. # 19, asserting various defects in the Court's order.

Motions for reconsideration are disfavored in this district and will be granted only on a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Petitioner cites Federal Civil Rules 59(e) and 60. Rule 59(e) provides for motions to alter or amend judgments but "may not be used to relitigate old matters, or to raise arguments or present evidence that could have been raised prior to the entry of judgment." Exxon Shipping Co. v.

ORDER DENYING MOTION FOR RECONSIDERATION - 1

Baker, 554 U.S. 471, 486 (2008) (marks and citation omitted). Rule 60 provides for relief from a judgment due to mistake or inadvertence. Fed. R. Civ. P. 60(b)(1). Petitioner shows no manifest error or mistake in the Court's ruling, nor does he cite new facts or authority that undermine the Court's previous conclusions. The motion for reconsideration, Dkt. # 19, is DENIED.

DATED this 25th day of May, 2018.

Robert S. Lasnik
United States District Judge